IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY McKANNAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 10-cv-931-JPG-SCW |
| | ) |
| **NATIONAL COUNCIL OF YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE UNITED STATES OF AMERICA, d/b/a YMCA of the USA,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  January 27, 2012

                                                       NANCY ROSENSTENGEL, Clerk of Court

                                                       BY:s/Deborah Agans, Deputy Clerk

APPROVED:  *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE